

36
36
36
SPIELMAN
HONDA
NOVEMBER 25, 1972
IONDA
EXHIBIT
B

SPIELMAN
HONDA
HONDA

HONDA
GRIFFIN
45
HONDA
NOVEMBER 25, 1944
#3 OHIO STATE 18, #6 MICHIGAN 14
HONDA
10
SMITH
HONDA

HONDA
NOVEMBER 25, 1972
#9 OHIO STATE 14, #3 MICHIGAN 11

68
STILLWAGON
HONDA

WILLIS
HONDA
HONDA
HICKS
The Official
Ohio State Football
GAME
PROGRAMS



74
HICKS
HONDA

BYARS
HONDA

TATUM
32
HONDA

KERN
10
HONDA

KATZENMOYER
45
HONDA

GLENN
HONDA

WILKINSON
72
HONDA

2
2
2
DOSS
HONDA

KRENZEL
16
HONDA
HONDA
17

HONDA
SMITH
10
HONDA
NOVEMBER 25, 1950
HONDA
BOSA