B1G
OHIO STATE
10
LARA
DICKENMANN
15
'80 | RICH
'83 | CASTILLO
'13 | NICHELLE
'16 | PRINCE
JUSTIN
COOK
EXHIBIT
C

'13 '16 | NICHELLE PRINCE
JUSTIN COOK
'09 '12 | TIFFANY CAMERON
XAVIER BALC
MELISSA MILLER
ERIC BRUNNER
STRANGES
Sections
101-102

B1G
XAVIER
BALC
B1G
OHIO STATE
11
'03 | MELISSA
'06 | MILLER
23
'05 | ERIC
'07 | BRUNNER
13
'94 | JODIE
'97 | STRANGES
ROGER
ESPINOZA
CASSIE
DICKERSON
Sections
103-104
203-204
WOMEN

'35 | JESSE
'36 | OWENS
B1G

B1G
STEPHANIE
'80 HIGHTOWER
B1G
05 KRISTEN
08 SLAHOR
'98 ANDREW
'01 PIERCE
MEG
'02 MIRICK
CHRISTINA
MANNING
REGINA
OLIVER
TAYLOR
Sections
109-110
209-210

B1G
OHIO STATE
'98 | ANDREW
'01 | PIERCE
B1G
MEG
MIRICK
3283
CHRISTINA
'12 | MANNING
'02 | REGINA
'05 | OLIVER
DAN
TAYLOR
HAGGERTY

B1G
CHRISTINA
MANNING
'02 | REGINA
'05 | OLIVER
'01 | DAN
'04 | TAYLOR
'07 | KELLY
'10 | HAGGERTY
Sections
111-112
211-212

B1G
'13 | CIAN
'16 | DABROWS
'11 | MIKE
'13 | HARTFIELD
OHIO STATE
B1G 585
'99 | KYLEE
'02 | READE
'02 | ROSALIN
'05 | GOODWIN
172
'09 | GABBY
'12 | CAPUZZI
'03 | KEIR
'15 | CHASE
Sections
111-112
211-212

B1G
OHIO STATE
172
'02 | ROSALIND
'05 | GOODWIN
B1G
'09 | GABBY
'12 | CAPUZZI
'00 | KRISTA
'03 | KEIR
OHIO STATE
'12 | KATIE
'15 | CHASE
'88 | MARK
'12 | TORI
Concessions

B1G
OHIO STATE
'12 | KATIE
'15 | BORCHERS
B1G
10
'00 | KIMBERLY
'03 | LOWE

B1G
OHIO STATE
24
'94 '97 LISA
SUTTMI ER
'09 '11 MATT
LAMPSON
'06 '09 LAUREN 'TAZ'
ROBERTSON
'15 CHRIS
FROSCHAUER
'01 '05 LISA
GRUBB
'14 '15 LIAM
DOYLE
'09 BOWYER
COLLIS
Enter

B1G
'15 | CHRIS FROSCHAUER
B1G
'01 '05 | LISA GRUBB
'14 '15 | LIAM DOYLE
'06 '09 | ASHLEY BOWYER
'08 '11 | DAVID TIEMSTRA

B1G
'05 | LISA
'08 | COLLISON
OHIO STATE
9
B1G
'07 | MATT
'10 | GOLD
6
'08 | PAIGE
'11 | MAXWELL
#GoBucks
OhioStateBuckeyes.com
OHIO STATE