

**ATHLETICS**

Department of Athletics     Room 215, St. John Arena     Telephone (614) 292-3672
410 Woody Hayes Drive     Telefax (614) 688-5520
Columbus, Ohio     www.ohiostatebuckeyes.com
43210-1166

## Authorization Form

I hereby give my permission to Ohio State Department of Athletics to use my photo for the facade of Coke machines to be placed in Ohio Stadium.

_____     8/1/00
James Stillwagon                                    Date

**EXHIBIT D**

