IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHARLES C. SPIELMAN,**

    **Plaintiff,**

  **v.**                                    Civil Action No. 2:17-cv-612
                                          Judge Michael H. Watson
**IMG COLLEGE, LLC, et al.,**           Magistrate Judge Jolson

    **Defendants.**

## ORDER

The Court having ordered the parties in this case to engage in settlement discussions (Doc. 50), and the parties and the Magistrate Judge having discussed mediation of the case pursuant to that Order, it is hereby ORDERED as follows:

1. The parties, the mediator, and the Court agree that the Ohio Uniform Mediation Act, R.C. ch. 2710, should apply to the mediation in this case, thereby making the Uniform Mediation Act applicable pursuant to R.C. 2710.02(A)(2);

2. All mediation communications therefore shall be privileged against disclosure, pursuant to R.C. 2710.02(A)(2) and R.C. 2710.03, fall within the exception set forth in R.C. 149.43(A)(1)(i), and shall be kept strictly confidential by the parties and the mediator; and

3. The confidentiality rules set forth at S.D. Ohio Civ. R. 16.3(c) and (e) shall also apply to the mediation in this case.

IT IS SO ORDERED.

Date: May 9, 2018                                    /s/ Kimberly A. Jolson
                                                    KIMBERLY A. JOLSON
                                                    UNITED STATES MAGISTRATE JUDGE