**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Charles C. Spielman,

vs.  Case No. 2:17-cv-612

IMG College, LLC, *et al.*,  **Judge Michael H. Watson**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the November 27, 2019 Opinion and Order, denying [62] Plaintiff's Third Motion to Amend; granting [22] IMG's Motion to Dismiss; denying as moot [76] Plaintiff's Motion for Discovery; denying [85] IMG's Motion for Sanctions.

Date: **November 27, 2019**          Richard Nagel, Clerk

　　　　　　　　　　　　　　　　　　　　 s/ Jennifer Kacsor

　　　　　　　　　　　　　　　　　　　By Jennifer Kacsor/Courtroom Deputy