IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Charles C. Spielman, on behalf of himself and all others similarly situated, : : : | |
| | Case No. 2:17-cv-612 |
| Plaintiffs, : | |
| | Judge Michael H. Watson |
| vs. : : | |
| | Magistrate Judge Kimberly A. Jolson |
| IMG College, LLC, *et al.*, : : | |
| Defendants. : : | |

## NOTICE OF APPEAL

Plaintiff Charles C. Spielman, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court's Opinion and Order [Doc. No 94] and Judgment Entry [Doc. No 95] entered in this action on November 27, 2019.

Respectfully submitted,

/s/ Samir B. Dahman
Samir B. Dahman (0082647)
   *Trial Attorney*
Alexis V. Preskar (0095619)
KOHRMAN JACKSON & KRANTZ LLP
10 West Broad Street, Suite 1900
Columbus, OH 43215
Tel:  614.427.5750
Fax: 216.621.6536
Email: sbd@kjk.com; avp@kjk.com

*Counsel for Plaintiff Charles C. Spielman, on behalf of himself and all others similarly situated*

2

## CERTIFICATE OF SERVICE

I filed the foregoing *Notice of Appeal* through the Court's CM/ECF filing system on December 26, 2019, which will serve the same upon counsel for all parties.

/s/ Samir B. Dahman
Samir B. Dahman
