**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 15, 2020

Mr. Joseph A. Castrodale
Benesch Friedlander
200 Public Square
Suite 2300
Cleveland, OH 44114

Mr. Samir Bradley Dahman
Kohrman, Jackson & Krantz
10 W. Broad Street
Suite 1900
Columbus, OH 43215

Mr. Gregory James Phillips
Benesch Friedlander
200 Public Square
Suite 2300
Cleveland, OH 44114

Ms. Alexis Preskar
Kohrman, Jackson & Krantz
10 W. Broad Street
Suite 1900
Columbus, OH 43215

Mr. Nicholas Joseph Secco
Benesch Friedlander Coplan & Aronoff
333 W Wacker
Suite 1900
Chicago, IL 60606

Mr. James E. Von Der Heydt
Benesch Friedlander
200 Public Square
Suite 2300
Cleveland, OH 44114

Re: Case No. 20-3001, *Charles Spielman v. IMG College, et al*
Originating Case No. : 2:17-cv-00612

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 20-3001

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

CHARLES C. SPIELMAN , on behalf of himself and all others similarly situated, aka Chris Spielman

      Plaintiff - Appellant

v.

IMG COLLEGE, LLC; IMG WORLDWIDE, INC.; WME ENTERTAINMENT, collectively referred to as "IMG", aka WME, dba IMG, dba International Management Group, dba Ohio State IMG Sports Marketing;

      Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

      **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 15, 2020